No. D–75. IN RE DISBARMENT OF PLENTY. It is ordered that G. Richard Plenty, Jr., of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–76. IN RE DISBARMENT OF THOMPSON. It is ordered that Frederick Thompson, of Woodbury, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–77. IN RE DISBARMENT OF LACINAK. It is ordered that Michael A. Lacinak, of Cincinnati, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–78. IN RE DISBARMENT OF MOORE. It is ordered that Earl H. Moore, Jr., of Dayton, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–79. IN RE DISBARMENT OF MOORE. It is ordered that Forrest P. Moore, of Logan, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 75–503. COOK ET AL. v. HUDSON ET AL. C. A. 5th Cir. [Certiorari granted, 424 U. S. 941.] Motion of petitioners for leave to file supplemental brief after argument granted.